**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00278-CV

**JULIE E. SCHMADER, Appellant**

**V.**

**MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** appellant's December 21, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **JANUARY 4, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE